# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-109-RJC-DCK

| | |
|---|---|
| **TIGRESS MCDANIEL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **GREEN DOT CORPORATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Rule [19] [Motion For] Joinder Of Party" (Document No. 4) filed March 23, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion without prejudice.

By the instant motion, it appears that *pro se* Plaintiff seeks to add WebBank as a Defendant. (Document No. 4). The undersigned observes that Plaintiff filed the Complaint initiating this action on March 14, 2022. (Document No. 1). Plaintiff seems to suggest that she intended to name WebBank as a Defendant, as she had done in a related action. (Document No. 4).

Instead of issuing a ruling on whether or not another party is subject to joinder, the undersigned finds that at this early stage of the litigation *pro se* Plaintiff should be allowed to file an Amended Complaint that includes all the appropriate parties and claims.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Rule [19] [Motion For] Joinder Of Party" (Document No. 4) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that *pro se* Plaintiff may file an Amended Complaint on or before **April 8, 2022**.

**SO ORDERED**.

Signed: March 28, 2022

David C. Keesler
United States Magistrate Judge