# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:22-cv-00109-RJC-DCK

| | |
|---|---|
| TIGRESS MCDANIEL, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) **ORDER** |
| | ) |
| **GREEN DOT CORPORATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER** is before the Court sua sponte on Plaintiff's appeal from the Court's Order denying her motions for recusal and to proceed in forma pauperis. [Docs. 9, 10].

On April 19, 2022, the Court denied Plaintiff's motion for recusal and motion to proceed in forma pauperis in this matter. [Doc. 9]. The Court ordered that Plaintiff must pay the filing fee or this action would be dismissed without prejudice and without further notice to Plaintiff. [Id. at 6]. Plaintiff appealed the Court's Order. [Doc. 10]. Because an order denying "a motion to proceed in forma pauperis is an appealable [interlocutory] order," Roberts v. U.S. Dist. Court, 339 U.S. 844, 845, 70 S.Ct. 954 (1950) (per curiam), the Court will stay these proceedings pending resolution of Plaintiff's appeal.

**IT IS THEREFORE ORDERED** that this matter is hereby **STAYED** pending resolution of Plaintiff's appeal.

Signed: May 19, 2022

Robert J. Conrad, Jr.
United States District Judge