UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00109-RJC-DCK

| TIGRESS MCDANIEL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| GREEN DOT CORPORATION, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff filed a Complaint in this matter on March 15, 2022. [Doc. 1]. The Court denied Plaintiff's initial motion to proceed in forma pauperis and ordered her to pay the filing fee. [Doc. 9]. Plaintiff appealed and the case was stayed. [Docs. 10, 13]. The Fourth Circuit affirmed the Court's denial of Plaintiff's motion to proceed in forma pauperis, [Doc. 18], and this Court lifted the stay and ordered Plaintiff to pay the filing fee by December 22, 2022, [Doc. 19]. The Court admonished Plaintiff that it would dismiss her Complaint without prejudice if Plaintiff failed to timely pay the fee. [Id. at 2]. Plaintiff has not complied and the deadline to do so has expired. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: January 11, 2023

Robert J. Conrad, Jr.
United States District Judge